**Electronically Filed
Supreme Court
SCPR-24-0000369
06-JUN-2024
08:52 AM
Dkt. 8 OGP**

SCPR-24-0000369

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE VALENTINA STEWART WATSON, Petitioner.

_____

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Valentina Stewart Watson (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and to surrender license, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 6121, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, June 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens